UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STAMPEDE PRESENTATION
PRODUCTS, INC.,

                    Plaintiff,

                    **DECISION AND ORDER**
    v.                            15-CV-557-A

M & A INTERNATIONAL INC.,

                    Defendant.

---

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On January 4, 2019, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 38), recommending that plaintiff's motion for summary judgment (Dkt. No. 32) be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections having been timely filed, it is hereby

ORDERED, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in the Report and Recommendation (Dkt, No. 38), plaintiff's motion for summary judgment is denied.

    **IT IS SO ORDERED.**

                                              *s/Richard J. Arcara*
                                         HONORABLE RICHARD J. ARCARA
                                         UNITED STATES DISTRICT COURT

Dated: February 15, 2019